IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| REMUS BELL, | : |
| | : |
| Plaintiff, | : |
| | : CASE NO.: 7:22-CV-00133 (WLS) |
| v. | : |
| ANTHONY WOODS, BUDDY MOORE TRUCKING, INC., and NATIONAL CASUALTY CO., | : |
| Defendants. | : |

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice (Doc. 27), filed on November 15, 2023. Therein, all Parties state that they stipulate to the dismissal of the above-styled lawsuit with prejudice, with each Party to bear its own attorney's fees and costs.

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Dismissal with Prejudice (Doc. 27) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all Plaintiff's claims pending against Defendants are **DISMISSED WITH PREJUDICE**, with each Party bearing their own attorney's fees and costs. The Clerk is **DIRECTED** to close the above-styled case.

**SO ORDERED**, this __20th__ day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1